Matthew Q. Callister, Esq.
Nevada Bar No.: 1396
Mitchell S. Bisson, Esq.
Nevada Bar No.: 11920
CALLISTER LAW GROUP
330 E. Charleston Boulevard, Suite 100
Las Vegas, NV 89104
Tel.: (702) 385-3343
Fax: (702) 385-2899
matt@callcallister.com
mbisson@callcallister.com
*Attorneys for Plaintiffs*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| RUDY RIVERA,<br><br>   Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>   Defendant. | CASE NO.: 2:19-CV-00306-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE**<br><br>**(Second Request)** |

  Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule 6-1 of this Court's Local Rules, the parties, through undersigned counsel, stipulate to extend the deadlines for Plaintiff's Opposition to Defendant's Motion to Dismiss or, in the alternative, for Summary Judgment (ECF No. 19), Defendant's Opposition to Plaintiff's Motion for Summary Judgment (ECF No. 21) and the replies by both parties to each opposition. This is the first request to extend such deadlines.

  The deadline for Plaintiff's Opposition to Defendant's Motion to Dismiss or, in the alternative, for Summary Judgment (ECF No. 19) shall be extended from June 26, 2020 to July 3, 2020.

  The deadline for Defendant's Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss or, in the alternative, for Summary Judgment (ECF No. 19) shall be extended to July 17, 2020.

  The deadline for Defendant's Opposition to Plaintiff's Motion for Summary Judgment (ECF No. 21) shall be extended from June 26, 2020 to July 3, 2020.

The deadline for Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion for Summary Judgment (ECF No. 21) shall be extended to July 17, 2020.

Due to the corona-virus pandemic, emergency briefings in other matters and the recent reopening of Plaintiff's counsel's physical office, additional time is being requested to respond to the above-mentioned motions. Undersigned counsel for Plaintiff has several other briefs to prepare and file in the next several weeks. Undersigned counsel requires the additional time requested herein to adequately prepare the oppositions and reply briefs in the present matter.

This stipulated request is submitted for the reasons explained above, in good faith, and not for purposes of undue delay.

Respectfully submitted this 23rd day of June 2020.

| CALLISTER LAW GROUP | NICHOLAS A. TRUTANICH |
|---|---|
| | United States Attorney |
| /s/ Mitchell S. Bisson | /s/ Patrick A. Rose |
| _____ | _____ |
| MITCHELL S. BISSON, ESQ. | PATRICK A. ROSE |
| 330. E. Charleston Blvd., St. 100 | Assistant United States Attorney |
| Las Vegas, Nevada 89104 | *Attorneys for Defendant* |
| 702-385-3343 | |
| *Attorneys for Plaintiff* | |

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this   23rd day of June, 2020.