MATTHEW Q. CALLISTER, ESQ.
Nevada Bar No.: 1396
MITCHELL S. BISSON, ESQ.
Nevada Bar No.: 11920
CALLISTER LAW GROUP
330 E. Charleston Boulevard, Suite 100
Las Vegas, NV 89104
Tel.: (702) 385-3343
Fax: (702) 385-2899
matt@callcallister.com
mbisson@callcallister.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RUDY RIVERA, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CASE NO.: 2:19-CV-00306-RFB-VCF <br><br> **STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE** <br><br> **(Fourth Request)** |

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule 6-1 of this Court's Local Rules, the parties, through undersigned counsel, stipulate to extend the deadlines for Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion for Summary Judgment (ECF No. 28) and Defendant's Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss or, in the alternative, for Summary Judgment (ECF No. 30). This is the fourth request to extend such deadlines.

The deadline for Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion for Summary Judgment (ECF No. 28) shall be extended from July 24, 2020 to August 7, 2020.

The deadline for Defendant's Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss or, in the alternative, for Summary Judgment (ECF No. 30) shall be extended July 24, 2020 to August 7, 2020.

Plaintiff's counsel's office was forced to shut down due to five (5) employees and one (1) attorney being diagnosed with covid-19 and is still waiting for 2 (two) negative tests from each infected person so that they can return to work. This has caused a strain on Plaintiff's counsel's

resources. Additionally, Plaintiff's counsel has a Ninth Circuit appeal brief that is being prepared and is due during the time period the replies were originally due pursuant to the third stipulation and order extending the briefing schedule.

      This stipulated request is submitted for the reasons explained above, in good faith, and not for purposes of undue delay.

      Respectfully submitted this 22nd day of July, 2020.

| | |
|---|---|
| CALLISTER LAW GROUP | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Mitchell S. Bisson* | */s/ Patrick A. Rose* |
| _____ | _____ |
| MITCHELL S. BISSON, ESQ.<br>330. E. Charleston Blvd., St. 100<br>Las Vegas, Nevada 89104<br>702-385-3343<br>*Attorneys for Plaintiff* | PATRICK A. ROSE<br>Assistant United States Attorney<br>*Attorneys for Defendant* |

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 23rd day of July, 2020.