AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

**District of** Nevada

Rudy Rivera
Plaintiff(s),

V.

United States of America
Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:19-cv-306-RFB-VCF

Notice is hereby given that, subject to approval by the court, __Rudy Rivera__ substitutes
(Party(s) Name)

__Mitchell S. Bisson, Esq.__, State Bar No. __11920__ as counsel of record in
(Name of New Attorney)

place of __Matthew Q. Callister, Esq. and Mitchell S. Bisson, Esq. of the Callister Law Group__.
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Law Offices of Mitchell S. Bisson
Address: 911 N. Buffalo Dr., Ste. 201
Telephone: (702) 602-4990    Facsimile (702) 825-8225
E-Mail (Optional): MBisson@BissonLegal.com

I consent to the above substitution.
Date: 12/28/2020                    /s/ Rudy Rivera
                                    (Signature of Party(s))

I consent to being substituted.
                                    /s/ Mitchell S. Bisson
Date: 12/28/2020                    /s/ Matthew Callister
                                    (Signature of Former Attorney(s))

I consent to the above substitution.
Date: 12/28/2020                    **/s/ Mitchell S. Bisson, Esq.**
                                    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
       1-6-2021
Date: _____        _____
                                    U.S. Magistrate Judge Cam Ferenbach

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]