CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853

PATRICK A. ROSE
Assistant United States Attorney
Nevada Bar No. 5109
501 Las Vegas Boulevard, South, Suite 1100
Las Vegas, Nevada 89101
702-388-6336
Patrick.Rose@usdoj.gov

*Attorneys for the United States*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| Rudy Rivera,<br><br>       Plaintiff,<br>v.<br><br>United States of America,<br><br>       Defendant. | Case No. 2:19-cv-00306-RFB-VCF<br><br>**Stipulation and Order to Extend Deadline for Proposed Joint Pretrial Order**<br>**(First Request)** |

Pursuant to LR IA 6-1 and LR 26-4, the parties request a 45-day extension, from October 30, 2021 to December 14, 2021, to file the proposed joint pretrial order. In support of this stipulated request, the parties inform the Court of the following:

### DISCOVERY COMPLETED

Discovery is complete.

### DISCOVERY REMAINING

No discovery remains to be completed.

### WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

This request for an extension concerns only the proposed joint pretrial order. This case has been dormant for several months awaiting a ruling on dispositive motions. The Court ruled on the dispositive motions in an Order, ECF No. 44, entered on September 30, 2021. Some causes of action remain to be tried.

1

It will take some time for the attorneys to get back into the case and assess documents, witnesses, and other items and issues to prepare the joint pretrial order. Plaintiff has additional counsel, E. Brent Byson, who is new to the case and just recently entered an appearance; Mr. Bryson was not involved in the case during discovery. *See* ECF No. 46. Undersigned defense counsel was out of the office for a significant number of days during August, September, and October 2021 due to a family emergency. These circumstances also led to the inability to seek this extension at least 21 days before the existing due date of October 30, 2021 for the joint pretrial order.

The Court recently held a status conference and set trial for January 11, 2022. *See* ECF No. 47. The Court also set deadlines in January 2022 for the filing of witness and exhibits lists, which is information that will also be included in a joint pretrial order. Therefore, no additional delays are anticipated as a result of filing the joint pretrial order by the requested extension date of December 14, 2021.

**EXTENSION OF THE DISCOVERY PLAN AND SCHEDULING ORDER**

Accordingly, counsel request that the Court approve a 45-day extension, from October 30, 2021 to December 14, 2021, to file the proposed joint pretrial order.

This is the first request, since the Court's Order ruling on dispositive motions, ECF No. 44, for an extension of the joint pretrial order, although there were earlier approved requests for extensions of other discovery deadlines.

This request for an extension of time is not sought for an improper purpose including undue delay.

Respectfully submitted this 29th day of October 2021.

| | |
|---|---|
| E. BRENT BRYSON, LTD. | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| /s/ *E. Brent Bryson*<br>E. BRENT BRYSON, Esq.<br>Nevada Bar No. 4933<br>3202 W. Charleston Blvd.<br>Las Vegas, Nevada 89102<br>702-364-1234<br>ebbesqltd@yahoo.com | /s/ *Patrick A. Rose*<br>PATRICK A. ROSE<br>Assistant United States Attorneys<br>*Attorneys for the United States* |

And

/s/ *Mitchell S. Bisson*
LAW OFFICES OF
MITCHELL S. BISSON
MITCHELL S. BISSON, Esq.
Nevada Bar No. 11920
911 N. Buffalo Dr., Suite 201
Las Vegas, Nevada 89128
702-602-4990
mbisson@bissonlegal.com

*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

_____
**Cam Ferenbach**

**UNITED STATES MAGISTRATE JUDGE**

**DATED:** 10-29-2021