JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
PATRICK A. ROSE
Assistant United States Attorney
Nevada Bar No. 5109
501 Las Vegas Boulevard, South, Suite 1100
Las Vegas, Nevada 89101
702-388-6336
Patrick.Rose@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Rudy Rivera,<br><br>            Plaintiff,<br>    v.<br><br>United Stated of America,<br><br>            Defendant. | Case No. 2:19-cv-00306-RFB-VCF<br><br>**Stipulation and Order** |

Plaintiff and Defendant stipulate that this action be dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Respectfully submitted this 30th day of June 2022.

| | |
|---|---|
| LAW OFFICES OF<br>MITCHELL S. BISSON<br><br> */s/ Mitchell S. Bisson*<br>MITCHELL S. BISSON, Esq.<br>Nevada Bar No. 11920<br>911 N. Buffalo Dr., Suite 201<br>Las Vegas, Nevada 89128<br>702-602-4990<br>mbisson@bissonlegal.com<br>*Attorneys for Plaintiff* | JASON M. FRIERSON<br>United States Attorney<br><br> */s/ Patrick A. Rose*<br>PATRICK A. ROSE<br>Assistant United States Attorneys<br>*Attorneys for the United States* |

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 30th day of June, 2022.

1